**E-filed 1/24/07**

MARK B. FREDKIN, ESQ. [State Bar No. 53550]
MORGAN, FRANICH, FREDKIN & MARSH
99 Almaden Boulevard, Suite 1000
San Jose, California 95113-1613
Telephone:(408) 288-8288
Facsimile: (408) 288-8325

Attorneys for Defendants and Counter Claimants
ALEXANDER GELF and JONATAN SCHMIDT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SiVAULT SYSTEMS, INC., a Nevada corporation,,<br><br>          Plaintiff,<br><br>vs.<br><br>ALEXANDER GELF and JONATAN SCHMIDT,<br><br>          Defendants. | CASE NO.: C-06-3841-JFRS<br><br>**DEFENDANTS AND COUNTER CLAIMANTS' STATUS CONFERENCE STATEMENT**<br>AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Case Management Conference: 1/16/07<br>Time:           10:20 a.m.<br>Judge:         Hon. Jeremy Fogel |
| ALEXANDER GELF, an individual, and JONATAN SCHMIDT, an individual,<br><br>          Counter Claimants,<br><br>vs.<br><br>SiVAULT SYSTEMS, INC., a Nevada corporation; DOES 1 through 50, inclusive,<br><br>          Counter Defendants. | |

This office has recently substituted in as counsel for Defendants and Counter Claimants, Alexander Gelf and Jonatan Schmidt. The parties have agreed to stay all proceedings subject to mediation before Retired Judge William Cahill on February 1, 2007.

---

Case No. C-06-3841-JFRS
Defendants and Cross-Complainants, Alexander Gelf and Jonatan Schmidt's Status Conference Statement

1

1 | The Case Management Conference in this case is scheduled for January 26, 2007, however, until the mediation hearing takes place on February 1, the filing of a Joint Case Management Conference Statement would be premature. The Court is respectfully requested to set a new Case Management date consistent with the delay caused by the good faith attempt to resolve this matter before litigation costs make resolution more difficult.

Respectfully submitted,

Dated: January 15, 2007                    MORGAN, FRANICH, FREDKIN & MARSH


By: _____
    MARK B. FREDKIN
    Attorneys for Defendants and Counter Claimants,
    ALEXANDER GELF and JONATAN SCHMIDT

The Case Management Conference is continued until Friday, February 23, 2007 at 10:30 AM.

IT IS SO ORDERED.   1/24/07

*[signature]*

JUDGE JEREMY FOGEL, US DISTRICT COURT

Case No. C-06-3841-JFRS
Defendants and Cross-Complainants, Alexander Gelf and Jonatan Schmidt's Status Conference Statement

2

1  Re:   SiVault Systems, Inc. vs. Alexander Gelf, et al.
2         United States District Court, Northern District of California, Case No. C-06-3841 JFRS

3  **CERTIFICATE OF SERVICE BY MAIL**

4  I, the undersigned, hereby certify that I am over the age of eighteen years and not a party to the within action.  My business address is 99 Almaden Boulevard, Suite 1000, San Jose, California 95113-1606.

On the date indicated below, I served by mail a true copy of the following document: **DEFENDANTS AND COUNTER CLAIMANTS' STATUS CONFERENCE STATEMENT**.

I am readily familiar with the practice of this business for collection and processing of documents for mailing with the United States Postal Service.  Documents so collected and processed are placed for collection and deposit with the United States Postal Service that same day in the ordinary course of business.  The above-referenced document(s) were placed in (a) sealed envelope(s) with postage thereon fully prepaid, addressed to each of the below listed parties and such envelope(s) was (were) placed for collection and deposit with the United States Postal Service on the date listed below at San Jose, California.

Edward F. Mitchell, Esq.
Law Offices of Edward F. Mitchell
1750 Montgomery Street
San Francisco, CA 94111
Telephone:  (415) 265-4220
Direct Line: (415) 954-8517
Facsimile:   (415) 449-3562
E-Mail: EFMLawSF@juno.com
Counsel for Plaintiff and Counter-Defendant

Executed on January 15, 2007,  at San Jose, California.  I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/
_____
Maria Ramos

Case No. C-06-3841-JFRS
Defendants and Cross-Complainants, Alexander Gelf and Jonatan Schmidt's Status Conference Statement
S:\clients\Gelf\Pleadings\Status Conf.Stm.wpd   3