**E-filed 7/3/07**

1  MARK B. FREDKIN, ESQ. [State Bar No. 53550]
   MORGAN, FRANICH, FREDKIN & MARSH
2  99 Almaden Boulevard, Suite 1000
   San Jose, California 95113-1613
3  Telephone:(408) 288-8288
   Facsimile: (408) 288-8325
4
   Attorneys for Defendants and Counter Claimants
5  ALEXANDER GELF and JONATAN SCHMIDT

6

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

| | |
|---|---|
| 12  SiVAULT SYSTEMS, INC., a Nevada corporation,, | CASE NO.: C-06-3841-JFRS |
| 13              Plaintiff, | **SUBSTITUTION OF COUNSEL OF RECORD FOR DEFENDANTS AND CROSS CLAIMANTS** |
| 14  vs. | |
| 15  ALEXANDER GELF and JONATAN SCHMIDT, | |
| 16              Defendants. | |
| 17 | |
| 18  AND RELATED COUNTER CLAIMS. | |

19

20      Defendants and Cross Claimants, ALEXANDER GELF and JONATAN SCHMIDT,

21  hereby substitute MARK B. FREDKIN and MORGAN, FRANICH, FREDKIN & MARSH

22  as counsel of record in place and stead of THOMAS CAUDILL and THE LAW OFFICES OF

23  THOMAS CAUDILL in this action.

24      The address, telephone number, fax and email of defendants' new counsel are:

25  MARK B. FREDKIN, ESQ
    MORGAN, FRANICH, FREDKIN & MARSH
26  99 Almaden Boulevard, Suite 1000
    San Jose, California 95113-1613
27  Telephone:(408) 288-8288
    Facsimile: (408) 288-8325
28  email: mfredkin@mffmlaw.com

I consent to this substitution.

Dated: 11/30/2006

_____
ALEXANDER GELF

Dated: 11/30/2006

_____
JONATAN SCHMIDT

I consent to this substitution.

Dated: 12/4/06    THE LAW OFFICES OF THOMAS CAUDILL

By: _____
    THOMAS CAUDILL
    (former counsel)

We accept this substitution.

Dated: 12/4/06    MORGAN, FRANICH, FREDKIN & MARSH

By: _____
    MARK B. FREDKIN
    (new counsel)

IT IS SO ORDERED.

DATED: 7/3/07

_____
HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE