\*\*E-filed 7/3/07\*\*

MARK B. FREDKIN, ESQ. [State Bar No. 53550]
MORGAN, FRANICH, FREDKIN & MARSH
99 Almaden Boulevard, Suite 1000
San Jose, California 95113-1613
Telephone: (408) 288-8288
Facsimile: (408) 288-8325

Attorneys for Defendants and Counter Claimants
ALEXANDER GELF and JONATAN SCHMIDT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SiVAULT SYSTEMS, INC., a Nevada corporation,, <br><br> Plaintiff, <br><br> vs. <br><br> ALEXANDER GELF and JONATAN SCHMIDT, <br><br> Defendants. <br><br> AND RELATED COUNTER CLAIMS. | CASE NO.: C-06-3841-JFRS <br><br> **SUBSTITUTION OF COUNSEL OF RECORD FOR DEFENDANTS** |

Defendants, ALEXANDER GELF and JONATAN SCHMIDT, hereby substitute MARK B. FREDKIN and MORGAN, FRANICH, FREDKIN & MARSH as counsel of record in place and stead of THOMAS CAUDILL and THE LAW OFFICES OF THOMAS CAUDILL in this action.

The address, telephone number, fax and email of defendants' new counsel are:

MARK B. FREDKIN, ESQ
MORGAN, FRANICH, FREDKIN & MARSH
99 Almaden Boulevard, Suite 1000
San Jose, California 95113-1613
Telephone: (408) 288-8288
Facsimile: (408) 288-8325
email: mfredkin@mffmlaw.com

I consent to this substitution.

Dated: 11/29/2006 _____
ALEXANDER GELF

Dated: 11/29/06 _____
JONATAN SCHMIDT

I consent to this substitution.

Dated: _____ THE LAW OFFICES OF THOMAS CAUDILL

By: _____
THOMAS CAUDILL
(former counsel)

We accept this substitution.

Dated: _____ MORGAN, FRANICH, FREDKIN & MARSH

By: _____
MARK B. FREDKIN
(new counsel)

IT IS SO ORDERED.

DATED: 7/3/07 _____
HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

**I consent to this substitution.**

Dated: _____

_____
ALEXANDER GELF

Dated: _____

_____
JONATAN SCHMIDT

**I consent to this substitution.**

Dated: 11/21/06            THE LAW OFFICES OF THOMAS CAUDILL

By: _____
THOMAS CAUDILL
(former counsel)

**We accept this substitution.**

Dated: 11/29/06            MORGAN, FRANICH, FREDKIN & MARSH

By: _____
MARK B. FREDKIN
(new counsel)

**IT IS SO ORDERED.**

DATED: _____

_____
HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE