# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

SIVAULT SYSTEMS, INC.,
    Plaintiff,

V.

ALEXANDER GELF,
    Defendants.

Case No. CV-06-3841-JF

ORDER TO SHOW CAUSE RE: DISMISSAL

Good cause appearing, Plaintiff is hereby ordered to show cause, on or before February 8, 2008, why the above entitled case should not be dismissed, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute. Should the Plaintiff fail to file opposition by the date indicated, the action will be dismissed without prejudice. Should plaintiff file timely opposition, Defendants may file a response on or before February 15, 2008. The matter thereafter will be taken under submission without oral argument.

Dated: January 16, 2008

JEREMY FOGEL
United States District Judge