**e-filed 2/11/08**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SIVAULT SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALEXANDER GELF, <br><br> Defendant. | Case No. CV-06-3841-JF <br><br> ORDER OF DISMISSAL |

Upon review of the case file in the above named matter, the Court hereby issues an ORDER TO DISMISS the action with prejudice, pursuant to Federal Rule Civil Procedure 41(b), for failure to prosecute. The Clerk is directed to close the file.

DATED: 2/8/08

_____
JEREMY FOGEL
United States District Judge